UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOREEN MORONEY,

Plaintiff,

v. Case No: 6:26-cv-1172-JSS-DCI

FLORIDA DEPARTMENT OF HEALTH, FLORIDA BOARD OF NURSING, CAITLIN HARDEN, MATTHEW WITTERS, DEBORAH LOUCKS, JOE R. BAKER, JOSE D. CASTILLOIII, PHD, MSN, CRNA, ARNP, CHAIR, ELIZABETH EUBANKS, L. CARROWAY, FLADIMIR CELUNICE, SCOTT FITZPATRICK, MARTHA MCBRIDE, TRACY R. HOWARD, N. JOHNSON, JOHN/JANE DOE, TITUSVILLE POLICE DEPARTMENT, OFICER RAMOS, RICHMOND COUNTY SHERIFF'S OFFICE, OFFICER SING, INDIANAPOLIS POLICE DEPARTMENT, HEALTH CAROUSEL, LLC, LUKE BOHARDT, EARL DALTON, IU HEALTH METHODIST HOSPITAL, AYA HEALTHCARE, INC., FUMPTRUCK, TIZZYENT, SHEKHIYNAHL, JOSLYNN WEBB, and JOHN/JANE DOES 13-50,

Defendants.

____________________________________/

**ORDER**

On May 27, 2026, Plaintiff initiated this case by filing a complaint against twenty-eight named Defendants and John and Jane Does asserting fourteen claims. (Dkt. 1.) Plaintiff moves to proceed in forma pauperis. (Dkt. 2.) On August 11, 2026, the magistrate judge issued a recommendation that the court deny the motion and dismiss the complaint with leave to amend. (Dkt. 15.) Plaintiff filed an objection to the magistrate's recommendation, but her objection states that she agrees her complaint was an improper shotgun pleading. (Dkt. 16 at 1–2.) She seeks leave amend her complaint. (*Id.* at 2.) Upon consideration, the court adopts the recommendation.

After conducting a careful and complete review of the findings and recommendations made by a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations." 28 U.S.C. § 636(b)(1); *accord* Fed. R. Civ. P. 72. A party must serve and file written objections to a magistrate judge's recommendation within fourteen days of being served with a copy of it, 28 U.S.C. § 636(b)(1)(C), and the failure to object in a timely fashion "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions," 11th Cir. R. 3-1. With respect to dispositive matters, the district judge must conduct a de novo review of any portion of the recommendation to which a timely objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed."). Even in the absence of a specific objection, the district judge reviews any

legal conclusions de novo. *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Here, upon conducting a careful and complete review of the magistrate judge's recommendation and giving de novo review to matters of law, the court agrees with the recommendation in full.

Accordingly:

1. The magistrate judge's recommendation (Dkt. 15) is **ADOPTED**.
2. The motion (Dkt. 2) is **DENIED**.
3. The complaint (Dkt. 1) is **DISMISSED without prejudice**.
4. Plaintiff may file an amended complaint and a renewed motion to proceed in forma pauperis on or before **October 12, 2026**. The court cautions Plaintiff: "[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the deadline to amend expires without the plaintiff amending its complaint or seeking an extension of time." *Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719–20 (11th Cir. 2020).

**ORDERED** in Orlando, Florida, on September 14, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party